**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America *ex rel.*, Lance Homec,<br><br>                Plaintiffs,<br><br>      v.<br><br>Meridian Management Services LLC,<br>Torrey Pines Rehabilitation Hospital LLC,<br>Las Vegas Post-Acute and Rehabilitation LLC,<br><br>                Defendants. | Case No.: 2:23-cv-00184-GMN-BNW<br><br>**Order** |

The Relator Lance Homec having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1.     This action is dismissed without prejudice as to Relator Lance Homec and as to the United States;

2.     The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public

Dated: _____May 1_____, 2026

_____
UNITED STATES DISTRICT JUDGE

4